IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WILLIAM WALLACE,

    Plaintiffs,                     No. CIV S-04-0680 WBS GGH PS

    vs.

UNITED STATES GOVERNMENT,

    Defendant.                  ORDER

_____/

        On October 11, 2005, plaintiff filed two documents, both styled "Report and Complaint." This action was closed on July 16, 2004. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 10/31/05

                              /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:mb
Wallace680.ord